546

371 A.2d 218

Cohen, Appellant, v. Goldsmith.

Submitted March 22, 1976. Joseph M. Reibman, and Reibman and Reibman, for appellant; Norman Seidel, and Seidel and Cohen, for appellee.

Order affirmed.

371 A.2d 219

Cole et ux. v. Pennsylvania Electric
Company, Appellant.

Argued March 19, 1976. Samuel B. Russell, with him William J. Davis, for appellant; David B. Keeffe, with him Michael J. DeSisti, for appellees.

Decree affirmed.